UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SIA ADG SHIPMANAGEMENT,

                         Plaintiff,

        - against -

ALFA STRAKHOVANIE a.k.a.
ALFASTRAKHOVANIE PLC,

                       Defendant.
------------------------------------------------------------X

07 CV 11187
ECF CASE
Judge Pauley

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                                    NONE.

Dated: December ___, 2007
New York, NY

                                      The Plaintiff,
                                      SIA ADG SHIPMANAGEMENT,

By: *[signature]*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com