UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

SIA ADG SHIPMANAGEMENT

                Plaintiff,

- against -

ALFA STRAKHOVANIE a.k.a.
ALFASTRAKHOVANIE PLC,

                Defendant.
------------------------------------------------------------

Case No.: **07 CV 11187(WHP)**

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

PLEASE TAKE NOTICE, that defendant ALFASTRAKHOVANIE PLC, by and through its undersigned counsel, hereby enters a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to defend against the claims in this action.

Dated: February 4, 2008
       New York, New York

                                            Respectfully submitted,

                                            By_____
                                              Christopher Carlsen (CC 9628)
                                              CLYDE & CO US LLP
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 710-3900
                                              christopher.carlsen@clydeco.us

                                              Attorneys for Defendant

TO:    Lauren C. Davies, Esq.
          TISDALE LAW OFFICES LLC
          11 West 42nd Street, Suite 900
          New York, New York 10036
          Tel: (212) 354-0025
          Fax: (212) 869-0067
          ldavies@tisdale-law.com