UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
SIA ADG SHIPMANAGEMENT

                      Plaintiff,

- against -

ALFA STRAKHOVANIE a.k.a.
ALFASTRAKHOVANIE PLC,

                      Defendant.
------------------------------------------------------------

Case No.: **07 CV 11187(WHP)**

**Rule 7.1 Statement**

Defendant ALFASTRAKHOVANIE PLC, by and through its attorneys, Clyde & Co US LLP, states, pursuant to Federal Rule of Civil Procedure 7.1, that it is not publicly held and has no parent company. ALFASTRAKHOVANIE PLC is part of the Alfa Group Consortium, a privately owned Russian conglomerate.

Dated: February 4, 208
      New York, New York

Respectfully submitted,

By_____
  Christopher Carlsen
  CLYDE & CO US LLP
  The Chrysler Building
  405 Lexington Avenue, 11th Floor
  New York, New York 10174
  (212) 710-3900

Attorneys for Defendant