11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES,

*New York, NY - Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2008

FEB 05 2008

February 5, 2008

*Application granted. Conference is adjourned until February 13, 2008 at 10:00 a.m.*

SO ORDERED:

[signature]
WILLIAM H. PAULEY III U.S.D.J.
2/11/2008

<u>Via Facsimile 212-805-6390</u>
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**Re:**   SIA ADG Shipmanagement v. Alfastrakhovanie PLC
Docket Number: 07 cv 11187
Our Reference Number: 07-1782

Dear Honorable Sir:-

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, February 8, 2008 at 10:15a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about December 17, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. Since December 17, 2007, assets of the Defendant in the total sum of $325,499.43 have been attached pursuant to the ex parte order in this matter. The Defendant has been duly notified of these attachments pursuant to Rule B.2 and the Defendant has appeared and consents to the adjournment of this conference.

The reason for this request is that the undersigned is unavailable on Friday February 8, 2008 and Thomas L. Tisdale, the managing attorney supervising this file has a hearing at 10:00am in the S.D.N.Y. Courthouse on another matter. In the event Your Honor is not inclined to adjourn this conference until next week, Mr. Tisdale can be available for a conference in this matter at 11:30am on Friday, February 8, 2008 if same is convenient to this Court.

Given all of the foregoing, we respectfully request an adjournment of the pre-trial conference until a date and time next week which is convenient to the Court. Counsel for

the defendant has expressed that he is available for a conference at any convenient time next week. The undersigned has a hearing scheduled for 9:00 a.m. in another matter on Monday, February 11, 2008 but is available the rest of the week at any time that is convenient to the Court. This is our first request for an adjournment in this matter.

We thank your Honor for your indulgence in this request.

Respectfully submitted,

Lauren C. Davies

cc: **_Via Facsimile (212) 710-3950_**
Christopher Carlsen
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174