UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                     :
SIA ADG SHIPMANAGEMENT,     :

               Plaintiff,          :      07 Civ. 11187 (WHP)

              -against-          :      <u>SCHEDULING ORDER No. 1</u>

ALFA STRAKHOVANIE,         :

               Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a February 13, 2008 conference, the following is established on consent:

        (1) Plaintiff shall commence the Moscow Arbitration by February 29, 2008 and promptly provide confirmation—including any documentary proof—of same to Defendant; and

        (2) This Court will hold a conference on April 18, 2008 at 10:30 a.m.

Dated: February 15, 2008
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record:*

Lauren Cozzolino Davies, Esq.
Thomas Leonard Tisdale, Esq.
Tisdale Law Offices, LLC
11 West 42nd Street
Suite 900
New York, NY 10036
*Counsel for Plaintiff*

Christopher Carlsen, Esq.
Clyde & Co US LLP
405 Lexington Avenue
New York, NY 10174
*Counsel for Defendant*