*Paulet, J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SIA ADG SHIPMANAGEMENT,

         Plaintiff,

  - against -

ALFA STRAKHOVANIE a.k.a.
ALFASTRAKHOVANIE PLC,

         Defendant.
------------------------------------------------------X

07 CV 11187 (WHP)
ECF CASE

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. The parties have settled the disputes between them and, upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment, and

3. That this action is hereby dismissed with prejudice and without costs to any party.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/25/2008

Dated: February 22, 2008
New York, NY

                         The Plaintiff,
                         SIA ADG SHIPMANAGEMENT,

By: _____
       Lauren C. Davies (LD 1980)
       Thomas L. Tisdale (TT 2162)
       TISDALE LAW OFFICES, LLC
       11 West 42nd Street, Suite 900
       New York, NY 10036
       (212) 354-0025 – phone
       (212) 869-0067 – fax
       ldavies@tisdale-law.com
       ttisdale@tisdale-law.com

       The Defendant,
       ALFASTRAKHOVANIE PLC

By: _____
       Christopher Carlsen
       CLYDE & CO US LLP
       The Chrysler Building
       405 Lexington Avenue
       New York, NY 10174
       (212) 710-3900
       Christopher.carlsen@clydeco.us

SO ORDERED:

_____
Honorable William H. Pauley, U.S.D.J.